CLARE E. CONNORS          7936
Attorney General

PATRICIA OHARA            3124
ROBYN B. CHUN             3661
Deputy Attorneys General
Department of the Attorney General
State of Hawai‘i
425 Queen Street
Honolulu, Hawai‘i  96813
Telephone: (808) 586-0618
Fax: (808) 586-1372
E-mail: robyn.b.chun@hawaii.gov

Attorneys for Defendants
the Honorable Mark E. Recktenwald, the Honorable Paula A. Nakayama,
the Honorable Sabrina S. McKenna, the Honorable Michael D. Wilson,
the Honorable Katherine S. Leonard, the Supreme Court of the State of Hawaii,
The Office of Disciplinary Counsel of the Hawaii Supreme Court,
The Disciplinary Board of the Hawaii Supreme Court,
The Lawyers Fund for Client Protection of the Hawaii Supreme Court,
Bradley R. Tamm, Clifford L. Nakea, Roy F. Hughes,
Charlene M. Norris, and Andrea R. Sink

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| GARY VICTOR DUBIN et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE SUPREME COURT OF THE STATE OF HAWAII, et al.<br><br>        Defendants. | CV 21-00175 JAO-KJM<br><br>DEFENDANTS' **MOTION TO DISMISS WITH PREJUDICE** VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND FOR ACTUAL AND PUNITIVE CIVIL RIGHTS DAMAGES; MEMORANDUM IN SUPPORT; DECLARATION OF ROBYN B. CHUN; EXHIBITS "A" THROUGH "E"; CERTIFICATE OF COMPLIANCE WITH WORD LIMITATIONS; CERTIFICATE OF SERVICE |

DEFENDANTS' **MOTION TO DISMISS WITH PREJUDICE**
VERIFIED COMPLAINT FOR DECLARATORY RELIEF
AND FOR ACTUAL AND PUNITIVE CIVIL RIGHTS DAMAGES

Defendants the Supreme Court of the State of Hawaii, Chief Justice Mark E. Recktenwald, Associate Justices Paula A. Nakayama, Sabrina S. McKenna, Michael D. Wilson and Katherine S. Leonard, the Office of Disciplinary Counsel of the Hawaii Supreme Court, the Disciplinary Board of the Hawaii Supreme Court, Bradley R. Tamm, Clifford L. Nakea, Roy F. Hughes, Charlene M. Norris, and Andrea R. Sink (collectively, "Defendants"), through the Attorney General for the State of Hawai'i and her undersigned deputies, seek an order dismissing the Verified Complaint for Declaratory Relief and for Actual and Punitive Civil Rights Damages, filed herein on April 9, 2021 ("Complaint") with prejudice on the grounds that: (i) this Court lacks jurisdiction to decide Plaintiffs' claims; (ii) the 11th Amendment and sovereign immunity doctrine bar Plaintiffs' claims; and (iii) Plaintiffs' claims against the Justices and individual Disciplinary Defendants in their individual capacity are barred by judicial or quasi-judicial immunity.

//
//
//
//

-2-

This motion is brought pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P. and is based on the Memorandum, Declaration and Exhibits attached hereto, the records and files herein and such further argument as may be made at the hearing on this motion.

Dated: Honolulu, Hawaiʻi, June 17, 2021.

CLARE E. CONNORS
Attorney General, State of Hawaii

*/s/ Robyn B. Chun*
PATRICIA OHARA
ROBYN B. CHUN
Deputy Attorneys General
Attorneys for Defendants