IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GARY VICTOR DUBIN et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SUPREME COURT OF THE STATE OF HAWAII, et al.<br><br>Defendants. | CV 21-00175 JAO-KJM<br><br>DECLARATION OF ROBYN B. CHUN; EXHIBITS "A" – "E" |

### DECLARATION OF ROBYN B. CHUN

I, Robyn B. Chun, pursuant to Rule 7.6. Local Rules of Practice for the United States District court for the District of Hawaii hereby declare under penalty of perjury that:

1. I am a Deputy with the Department of the Attorney General for the State of Hawaii.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached as Exhibit "A" hereto is a true and correct copy of the Petition for Writ of Certiorari that Mr. Dubin filed in the United States Supreme Court and served on the Department of the Attorney General on March 1, 2021.

4. Attached as Exhibit "B" hereto is a true and correct certified copy of the Order of Disbarment issued in SCAD 19-0000561 by the Hawaii Supreme Court on September 9, 2020.

5. Attached as Exhibit "C" hereto is a true and correct certified copy of an Order denying a Motion for Reconsideration that was issued in SCAD 19-0000561 by the Hawaii Supreme Court on September 28, 2020.

6. Attached as Exhibit "D" hereto is a true and correct certified copy of an Order a Motion for Reconsideration that was issued SCAD 19-0000561 by the Hawaii Supreme Court on November 10, 2020.

7. Attached as Exhibit "E" hereto is a true and correct certified copy of a letter to the Hawaii Supreme Court from Scott S. Harris of the Office of the Clerk for the United States Supreme Court dated April 5, 2021 advising the Hawaii Supreme Court that Mr. Dubin's petition for writ of certiorari is denied.

8. Defendants ask that the Court take judicial notice of Exhibits "A" through "E" pursuant to Rule 201(b), Fed. R. Evid.

DATED: Honolulu, Hawai‘i, June 17, 2021.

*/s/ Robyn B. Chun*
ROBYN B. CHUN