KEITH M. KIUCHI 2735
American Savings Bank Tower
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813

Telephone: (808) 533-2230
Facsimile: (808) 533-4391
E-Mail: kkiuchi106@cs.com

*Attorney for Plaintiff*
*Gary Victor Dubin*

GARY VICTOR DUBIN
Harbor Court Office Tower
55 Merchant Street, Suite 3100
Honolulu, Hawaii 96813

Telephone: (808) 537-2300
Facsimile: (808) 523-7733
E-Mail: gdubin@dubinlaw.net

*Attorney for Client Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| GARY VICTOR DUBIN, doing business as the Dubin Law Offices; individually and on behalf of all Hawaii attorneys similarly situated,<br><br>Attorney Plaintiff,<br><br>and<br><br>CHRISTIE ADAMS; TORU AKEHI; GWEN ALEJO-HERRING; GLORIA ALMENDARES; JERIS YUKIO | Case No. 1:21-cv-00175-JAO-KLM<br><br>PLAINTIFFS' JOINT SUBMISSION OF LOCAL RULE 7.6 ADDITIONAL SUPPLEMENTAL AUTHORITY FOR THE AUGUST 18, 2021 HEARING; EXHIBIT "C"; CERTIFICATE OF SERVICE<br><br><br>(CAPTION CONTINUED ON NEXT PAGE) |

1

AMAZAKI; DEBRA ANAGARAN; )
DIRK APAO; MARGARET APAO; )
JERRY BADUA; JULIA BADUA; )
LIAO LUCY BAMBOO; MIA BAN; )
ROMAN BAPTISTE; CHARLES )
BASS; LAURIE BASS; AGRIPINO )
PASCUA BONILLA; RUTH ROJAS )
BONILLA; SHERILYN MAY ROJAS )
BONILLA; KANOA ROSS BRISTOL; )
DONNA BROOKS; DAVID R. )
BROWN; REYNALDO CABUDOL; )
CHRISTY CARRICO; PHINEAS )
CASADY; JOYCE CHANDLER; )
WILLIAM CHANDLER; JENNIFER )
CHAPMAN; LUIS C. CHAVEZ; )
STEPHEN CHEIKES;  MERVIN )
HALFRED NAEA CHING; LUCIA )
CHING; SUTAH CHIRAYUNON; )
SEUNG CHOI; BRETT )
CHRISTIANSEN; AH MEI CHUN; )
HUGH JOHN COFLIN; JANET )
COFLIN; RUSSEL COLE; PAUL )
COLLINS; WATOSHNA LYNN )
COMPTON; GEORGE COSTA; )
GREGORY CLYDE SOUZA )
CRAVALHO; TONI NOELANI )
CRAVALHO; ROGER CUNDALL; )
ERIC LEE DAVIES; WILLIAM )
DAVIS; VANDETTA DAVIS; )
YUKIKO HAYASHI DAY; PAIGE DE )
PONTE; FATIMA DUNCAN; )
CAROLINA CABUDOL EALA; )
EDWIN PAET EALA; DAVID )
WENDELL ELLIS; LORI LYNN )
ELLIS; JANICE ELLISON; SCOTT )
ELLISON; NELIE BANIAGA )
ESCALANTE; NORBERTO RAMELB )
ESCALANTE; ELENA FEDOROVA; )
AKIKO FERGERSTROM; JUSTIN )
FERGERSTROM; JOHN J. )          (CAPTION CONTINUED ON NEXT PAGE)

FREEPARTNER III; LISA MARIE )
FREEPARTNER; MICHAEL J. )
FUCHS; IRENE SAJOR GANO; )
ROYD ALLEN GANO; EDNA )
GANTT; PAUL GANTT; LEAH )
GILLESPIE; ROBERT GILLESPIE; )
ELIZABETH GILLETTE; DAVID )
GOODWIN; MALIA GRACE; )
ANTONIO GRAFILO; NELIA )
GRAFILO; HOWARD GREENBERG; )
KENNETH HAGMANN; MICHAEL )
JON HAMMER; DARRYL HASHIDA; )
SEAN HAYWORTH; NICOLE )
FLORES HOSAKA; TOD HOSAKA; )
CHRISTIAN JENSEN; DAVID )
KAPLAN; DONALD KARLEEN; )
BEATA KARPUSIEWICZ; )
JAROSLAW KARPUSIEWICZ; )
YVONNE M. KEAHI; KEITH KIMI; )
OTELIAH KIND; KORY KLEIN; )
MARY KNUDSEN; RALPH )
KNUDSEN; ELEANA U. KOAHOU; )
LENORE LANNON; ROBERT )
LANNON; STEPHEN LAUDIG; )
MALLORY ASPILI LONGBOY; )
SHARI ARAKAWA LONGBOY; )
FRANK JAMES LYON; ERIC )
MADER; AMY KATHLEEN MAHER; )
MICHAEL CHARLES MAHER; )
GWEN MARCANTONIO; MARK )
MARCANTONIO; ARMAND )
MARIBOHO; DARLA MARIBOHO; )
JENNIFER MARTIN; MARYELLEN )
MARKLEY; LAURA MARQUES; )
CHANELLE LEOLA MATTOS; )
JOSEPH KEAOULA MATTOS; )
WILLIAM MCTHEWSON; EMILOU )
N.A. MIKAMI; RICKEY R. MIKAMI; )
TROY MIZUKAMI; JONNAVEN JO )
MONALIM; MISTY MARIE )

(CAPTION CONTINUED ON NEXT PAGE)

MONALIM; ROBERT-GAVIN )
MOORE; TERESA MOORE; )
THOMAS MORTON; TERRY LYNNE )
OHARA MOSELEY; YVONNE )
NIELSEN; AILYN OUNYOUNG; )
SAMRIT OUNYOUNG; DAVID L. )
OWLES; LORI Y. OWLES; RAQUEL )
PACHECO; JOHN PERREIRA; ROSE )
PERREIRA; MICHAEL PIERCE; )
MARIO PORTILLO; EBONI )
PRENTICE; ROSARIO RAMOS; )
LURLINE RAPOZA; MERRILLYN )
M.J.L. RAPOZA; JOHN RIDDEL, JR.; )
JEANETTE ROSEHILL; MARCUS )
ROSEHILL; RAY J. RUDDY; )
MICHELE COLLEEN RUNDGREN; )
TODD RUNDGREN; JO RUSSO; )
KELLY KALANIKAPULAHA'OLE )
SAMPAIO;  RICHARD MILIKONA )
SAMPAIO, JR.; JOHN SAVAGE; )
RONALD SCHRANZ; JOHN )
SHIGEMURA; JASON SIEGFRIED; )
MELEANA SMITH; JODY )
SOLBACH; ELIZABETH SPECTOR; )
DANIEL JOSEPH SPENCE; ELAINE )
DAMLOA SPENCE; EILEEN )
EVELYN STEPHENSON; CONNIE )
SWIERSKI; DAVID SWIERSKI; )
BONNIE SWINK; JACK SWINK; )
EVELYN TAKENAKA; NADINE )
TAMAYOSE; REID TAMAYOSE; )
KARRI TESHIMA; CLOVER THEDE; )
DYLAN THEDE; LANA M. )
TOLEAFOA; SAUMANI LOPI )
TOLEAFOA; BRUCE ROBERT )
TRAVIS; ELISE TRAVIS; DARREN )
TSUCHIYA; LANCE TSUCHIYA; )
MALIA OLIVAS TSUCHIYA; )
ANTHONY TUCKER; GLADYS )
TUPULUA; HEDY UDARBE; )    (CAPTION CONTINUED ON NEXT PAGE)

RUSTICO UDARBE; VALERIE )
UYEDA; EDWARD VALLEJO; JON )
VAN CLEAVE, M.D.; PATRICK )
VERHAGEN; STEPHEN WARD; )
DONOVAN WEBB; VALERIE )
WOODS; LERMA YAMASHITA; )
JACK YOUNG; and NANCY PATSY )
YOUNG; individually and on behalf of )
all clients of Hawaii attorneys similarly )
situated, )
)
           Client Plaintiffs, )
)
vs. )
)
THE SUPREME COURT OF THE )
STATE OF HAWAII, in its legislative )
rule-making capacity and in its judicial )
capacity; THE HONORABLE MARK )
E. RECKTENWALD, in his official )
capacity while serving as Chief Justice )
of the Supreme Court of the State of )
Hawaii; THE HONORABLE PAULA )
A. NAKAYAMA, in her official )
capacity while serving as Associate )
Justice of the Supreme Court of the )
State of Hawaii; THE HONORABLE )
SABRINA S. MCKENNA, in her )
official capacity while serving as )
Associate Justice of the Supreme Court )
of the State of Hawaii; THE )
HONORABLE MICHAEL D. )
WILSON, in his official capacity while )
serving as Associate Justice of the )
Supreme Court of the State of Hawaii; )
and THE HONORABLE KATHERINE )
S. LEONARD, in her official capacity )
while serving as appointed substitute )
Associate Justice of the Supreme Court )
of the State of Hawaii, )

(CAPTION CONTINUED ON NEXT PAGE)

|  |  |
|---|---|
| State Defendants, | ) |
|  | ) |
| and | ) |
|  | ) |
| THE OFFICE OF DISCIPLINARY COUNSEL OF THE HAWAII SUPREME COURT, in its individual capacity as a non-agency Special Master; THE DISCIPLINARY BOARD OF THE HAWAII SUPREME COURT, in its individual capacity as a non-agency Special Master; THE LAWYERS' FUND FOR CLIENT PROTECTION OF THE HAWAII SUPREME COURT, in its individual capacity as a non-agency Special Master; BRADLEY R. TAMM in his individual capacity while serving under color of law as both the Chief Disciplinary Counsel of the Office of Disciplinary Counsel of the Hawaii Supreme Court and the Fund Administrator of the Lawyers' Fund for Client Protection of the Hawaii Supreme Court; CLIFFORD L. NAKEA in his individual capacity while serving under color of law as Chairperson of the Disciplinary Board of the Hawaii Supreme Court; ROY F. HUGHES in his individual capacity while serving under color of law as a Hearing Officer of the Disciplinary Board of the Hawaii Supreme Court; CHARLENE M. NORRIS in her individual capacity while serving under color of law as Senior Disciplinary Counsel of the Office of Disciplinary Counsel of the Hawaii Supreme Court; and ANDREA R. SINK, in her individual capacity | ) |

(CAPTION CONTINUED ON NEXT PAGE)

|  |  |
|---|---|
| while serving under color of law as an Investigator of the Office of Disciplinary Counsel of the Hawaii Supreme Court,<br><br>        Civil Rights Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' JOINT SUBMISSION OF LOCAL RULE 7.6 ADDITIONAL SUPPLEMENTAL AUTHORITY FOR THE AUGUST 18, 2021 HEARING**

Plaintiffs hereby jointly submit for consideration at the August 18, 2021 hearing before the Honorable Jill Aiko Otake the following additional recently published supplemental authority:

Behr v. Campbell, 2021 WL 3559339 (11th Cir. 2021) (yellow highlighted) (extensively reviewing the status of Rooker-Feldman litigation in all U.S. District Courts, holding that "the doctrine's era of expansion is over," "our inflated view of the doctrine, widely shared though it may have been, was actually a misunderstanding – one that the Supreme Court has stepped in to correct," "our holdings have since retreated to Rooker-Feldman's narrow boundaries," "unfortunately litigants and the district courts have still not gotten the message," "when Rooker-Feldman is raised, it will almost never apply," especially when the claim is that "constitutional rights were violated during the proceedings").[1]

---

[1] The published Behr decision, as yet available only on Westlaw, was filed on 8/12/21, seventeen days after filing Plaintiffs' Opposition Memorandum in these proceedings. It is relevant for the 8/18/21 hearing where the state court judgment is not being directly challenged, but its procedures used on due process grounds.

7

DATED: Honolulu, Hawaii; August 16, 2021.

                          Respectfully submitted,

                          */s/ Gary Victor Dubin*

                          GARY VICTOR DUBIN
                          KEITH K. KIUCHI
                          Attorneys for Plaintiffs
                          Submitted Jointly