# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| GARY VICTOR DUBIN, doing business as the Dubin Law Offices; individually and on behalf of all Hawaii attorneys similarly situated,<br><br>      Plaintiffs,<br><br>V.<br><br>THE SUPREME COURT OF THE STATE OF HAWAII, et al.<br><br>      Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 21-00175 JAO-KJM<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 30, 2021<br><br>At 5 o'clock and 00 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Granting Defendants' Motion to Dismiss With Prejudice Verified Complaint for Declaratory Relief and for Actual and Punitive Civil Rights Damages", ECF No. 38, filed on September 30, 2021.

| | |
|---|---|
| September 30, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |